IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Salvatore A. Famulare,                              Case No. 3:18CV2518

         Plaintiff

         v.                                             **ORDER**

Commissioner of Social Security,

         Defendant

This is a Social Security case in which Magistrate Judge James R. Knepp II filed a Report and Recommendation recommending that I affirm the Commissioner's decision denying Salvatore Famulare's application for benefits. (Doc. 17).

The Magistrate Judge notified the parties that any objections to the R&R were due within fourteen days after the filing of his R&R, which occurred on January 2, 2020. Because Famulare did not file an objection, he forfeited his right to de novo review of the R&R. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). I need only "satisfy [myself] that there is no clear error on the face of the record in order to accept the recommendation." *Bogan v. Morgan*, 2012 WL 3776514, *1 (N.D. Ohio 2012) (Gaughan, J.).

Having reviewed the Magistrate Judge's careful handling of Famulare's two assignments of error in the R&R, I am satisfied that the R&R properly disposes of this case.

It is, therefore,

ORDERED THAT:

1.       The Magistrate Judge's Report and Recommendation (Doc. 17) be, and the same hereby is, adopted as the order of the court.

2. The Commissioner's decision denying plaintiff's application for benefits be, and the same hereby is, affirmed.

So ordered.

<u>/s/ James G. Carr</u>  
Sr. U.S. District Judge